**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Breana R. Hayes | CHAPTER 13 |
| | BKY. NO. 18-10751 TPA |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

              Respectfully submitted,

              **<u>/s/ James C. Warmbrodt, Esquire</u>**
              James C. Warmbrodt, Esquire
              PA ID No. 42524
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322
              jwarmbrodt@kmllawgroup.com
              Attorney for Movant/Applicant