# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 18-10751-TPA |
| Breana R Hayes, Debtor. | CHAPTER 13 |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

June 1, 2018 – CRI Inc.

June 15, 2018

June 29, 2018

July 13, 2018

June 1, 2018 – Epeople Health Care Inc.

June 22, 2018

**Next Payment Advice Expected (post-filing):**

July 27, 2018 – CRI Inc.

August 3, 2018 – Epeople Health Care Inc.

C.B.

HAYES, BREANA R

| Hayes, Breana R - 9587 | SSN is XXX-XX-XXXX | | Check Date 06/01/2018 - 3102924 | | | |
|---|---|---|---|---|---|---|
| 1000 Regular Pay | 78.75 | 811.13 | Fed Income Tax | 54.55 | 0003  0003 50/50 SC | 1.00 |
| 3100 Regular 2nd | 32.00 | 6.40 | Medicare Tax | 11.85 | 0004  0004 Qt Dr SC | 1.00 |
| | | | Social Sec Tax | 50.69 | 0083  Basic Clearance | 10.00 |
| | | | PA Income Tax | 25.10 | | |
| | | | Hermitage C LST | 2.00 | | |
| | | | PA UC Tax | 0.49 | | |
| | | | PA430804 W Sale | 8.18 | | |
| GROSS | 110.75 | 817.53 | TAXES | 152.86 | DEDUCTIONS | 12.00 |
| | | | | | PAY AMOUNT | 652.67 |
| Hayes, Breana R - 9587 | SSN is XXX-XX-XXXX | | Deposit Date 06/15/2018 | | | |
| 1000 Regular Pay | 38.50 | 396.55 | Fed Income Tax | 15.80 | 0003  0003 50/50 SC | 1.00 |
| 1800 Worked Holiday | 4.00 | 61.60 | Medicare Tax | 6.67 | 0004  0004 Qt Dr SC | 1.00 |
| 3100 Regular 2nd | 8.00 | 1.60 | Social Sec Tax | 28.52 | | |
| | | | PA Income Tax | 14.12 | | |
| | | | Hermitage C LST | 2.00 | | |
| | | | PA UC Tax | 0.28 | | |
| | | | PA430804 W Sale | 4.60 | | |

June 22, 2018 at 11:20 AM    Page 1

# CRI, Inc. — 100

## Check/Direct Deposit Register

Check Date Range 04/20/2018 thru 06/15/2018

| EARNINGS | | | TAXES | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| CODE DESCRIPTION | HOURS/UNITS | AMOUNT EARNED | DESCRIPTION | AMOUNT WITHHELD | CODE | DESCRIPTION | AMOUNT WITHHELD |
| GROSS | 50.50 | 459.95 | TAXES | 71.99 | | DEDUCTIONS | 2.00 |
| | | | | | | PAY AMOUNT | 385.96 |
| TOTALS FOR 10 - GENERAL FUND | | | | | | | |
| GROSS | 272.25 | 2115.04 | TAXES | 356.95 | | DEDUCTIONS | 50.00 |
| | | | | | | PAY AMOUNT | 1708.09 |
| TOTALS FOR THIS REPORT | | | | | | | |
| GROSS | 272.25 | 2115.04 | TAXES | 356.95 | | DEDUCTIONS | 50.00 |
| | | | | | | PAY AMOUNT | 1708.09 |

| 9587 | 110 | Hayes, B. R. | | XXX-XX-XXXX | 06/23/2018 | 3103286 |
|---|---|---|---|---|---|---|
| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO | PERIOD END | CHECK NO |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular Pay | 42.500 | 437.75 | 2201.63 | Fed Income Tax | 13.70 | 111.4! |
| Training Hours | 0.000 | 0.00 | 229.51 | Medicare Tax | 6.36 | 37.0: |
| Worked Holiday | 0.000 | 0.00 | 61.80 | Social Sec Tax | 27.21 | 158.3 |
| Overtime | 0.000 | 0.00 | 46.35 | PA Income Tax | 13.48 | 78.4 |
| Regular 2nd | 6.000 | 1.20 | 14.40 | Hermitage C LST | 2.00 | 12.0 |
| OT 2nd | 0.000 | 0.00 | 0.30 | PA UC Tax | 0.26 | 1.5 |
| | | | | PA430804 W Sale | 4.39 | 25.5! |
| | | | | 0003 50/50 SC | 1.00 | 6.0 |
| | | | | 0004 Qt Dr SC | 1.00 | 6.0 |
| VACATION BAL | 0.000 | | | Basic Clearance | 0.00 | 40.0 |
| ILLNESS BAL | 0.000 | | | | | |
| PERSONAL BAL | 0.000 | | | | | |
| 10.30 | 438.95 | 69.40 | 369.55 | 2553.99 | 476.35 | 2077.6 |
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

| 9587 | 110 | Hayes, B. R. | | XXX-XX-XXXX | 07/07/2018 | 3103449 |
|---|---|---|---|---|---|---|
| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO | PERIOD END | CHECK NO |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular Pay | 47.500 | 489.25 | 2690.88 | Fed Income Tax | 18.96 | 130.4! |
| Training Hours | 0.000 | 0.00 | 229.51 | Medicare Tax | 7.13 | 44.1! |
| Worked Holiday | 0.000 | 0.00 | 61.80 | Social Sec Tax | 30.47 | 188.8 |
| Overtime | 0.000 | 0.00 | 46.35 | PA Income Tax | 15.09 | 93.5( |
| Regular 2nd | 11.250 | 2.25 | 16.65 | Hermitage C LST | 2.00 | 14.0( |
| OT 2nd | 0.000 | 0.00 | 0.30 | PA UC Tax | 0.29 | 1.8: |
| | | | | PA430804 W Sale | 4.92 | 30.4 |
| | | | | 0003 50/50 SC | 1.00 | 7.0( |
| | | | | 0004 Qt Dr SC | 1.00 | 7.0( |
| VACATION BAL | 0.000 | | | Basic Clearance | 0.00 | 40.0( |
| ILLNESS BAL | 0.000 | | | | | |
| PERSONAL BAL | 0.000 | | | | | |
| 10.30 | 491.50 | 80.86 | 410.64 | 3045.49 | 557.21 | 2488.2 |
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

## PERSONAL AND CHECK INFORMATION

BREANA K HAYES
8 COULTER ROAD
GREENVILLE, PA 16125

Soc Sec #: XXX-XX-XXXX   Employee ID: 111252
Hire Date: 05/21/18
Status:
Filing Status:
Federal: Single, 1
State: PA, Single, 1
Br/Dept: /500

Pay Period: 05/19/18 to 05/25/18
Check Date: 06/01/18   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 4604 | 41.34 | 41.34 |
| Net Pay | 41.34 | 41.34 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR/HOURLY | 4.00 | 12.0000 | 48.00 | 4.00 | 48.00 |
| HOURS WORKED | 4.00 | | | 4.00 | |
| ADJ EARNINGS | | | 48.00 | | 48.00 |
| GROSS EARNINGS | 4.00 | | 48.00 | 4.00 | 48.00 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| OASDI | 2.98 | 2.98 |
| MEDICARE | 0.70 | 0.70 |
| STATE W/H PA | 1.47 | 1.47 |
| STATE SUI PA | 0.03 | 0.03 |
| PA 1887NSWCKL | 0.48 | 0.48 |
| PA 4677-LSEAL | 1.00 | 1.00 |
| TOTAL | 6.66 | 6.66 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 41.34 | 41.34 |

Payrolls by Paychex, Inc.
0446-P489 EPEOPLE HEALTH CARE INC

**PERSONAL AND CHECK INFORMATION**

BREANA K HAYES
8 COULTER ROAD
GREENVILLE, PA 16125

Soc Sec #: XXX-XX-XXXX   Employee ID: 111252
Hire Date: 05/21/18
Status:
Filing Status:
Federal: Single, 1
State: PA, Single, 1
Br/Dept: /500

Pay Period: 06/09/18 to 06/15/18
Check Date: 06/22/18   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 4804 | 81.03 | 122.37 |
| Net Pay | 81.03 | 122.37 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR/HOURLY | 7.75 | 12.0000 | 93.00 | 11.75 | 141.00 |
| HOURS WORKED | 7.75 | | | 11.75 | |
| ADJ EARNINGS | | | 93.00 | | 141.00 |
| GROSS EARNINGS | 7.75 | | 93.00 | 11.75 | 141.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| OASDI | 5.77 | 8.75 |
| MEDICARE | 1.35 | 2.05 |
| STATE W/H PA | 2.86 | 4.33 |
| STATE SUI PA | 0.06 | 0.09 |
| PA 1567NSWCKL | 0.93 | 1.41 |
| PA 4677-LSEAL | 1.00 | 2.00 |
| TOTAL | 11.97 | 18.63 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 81.03 | 122.37 |

Payrolls by Paychex, Inc.
0446-P469 EPEOPLE HEALTH CARE INC