IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Breana R Hayes**<br><br>Debtor<br><br>**Breana R Hayes**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **18-10751**<br><br>Chapter **13**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Daniel P Foster**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Daniel P Foster**
Signature
**Daniel P Foster**
Typed Name
**PO Box 966**
**Meadville, PA 16335**
Address
**814-724-1165 Fax:814-724-1158**
Phone No.
**92376 PA**
List Bar I.D. and State of Admission

First Energy
5001 Nasa Boulevard
Fairmont, WV 26554