**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10751-TPA |
| | : | |
| **Breana R Hayes,** | : | CHAPTER 13 |
| Debtor/Movant, | : | |
| | : | RELATED TO DOCKET NO.: 26 & 27 |
| _____ | : | |
| | : | |
| Vs | : | |
| | : | |
| **Ronda J Winnecour, Esquire,** | : | |
| Chapter 137 Trustee, | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order and Amendment to Schedule F and 341 Hearing Notice by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: September 27, 2018          By: /s/ Clarissa Bayhurst
                                         CLARISSA BAYHURST, PARALEGAL
                                         FOSTER LAW OFFICES
                                         Po Box 966
                                         Meadville, PA 16335
                                         Tel 814.724.1165
                                         Fax 814.724.1158

## **MATRIX**

Breana R Hayes                           First Energy
8 Coulter Road                           5001 Nasa Boulevard
Greenville, PA 16125                     Fairmont WV 26554

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov