**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−10751−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Breana R Hayes
   8 Coulter Road
   Greenville, PA 16125

Social Security No.:
   xxx−xx−2769

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number: 814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>November 27, 2018<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>November 27, 2018<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/2/18

BY THE COURT

Thomas P. Agresti
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                               Case No. 18-10751-TPA
Breana R Hayes                                                       Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-1         User: bsil                 Page 1 of 2         Date Rcvd: Oct 02, 2018
                             Form ID: rsc13             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             +Breana R Hayes,    8 Coulter Road,    Greenville, PA 16125-8123
14886489       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14886493       +Mohela / Deprtment Of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14887756       +US Dept of Education/MOHELA,    633 Spirit Dr,    Chesterfield, Mo 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2018 02:34:09      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14886488        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 02:39:21      Capital One,
                 15000 Capital One Drive,    Richmond, VA 23238
14886490       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2018 02:33:54
                 Comenity Bank / Victorias Secret,    Po Box 182789,    Columbus, OH 43218-2789
14886491       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2018 02:33:54
                 Comenity Capital / Big Lots,    3100 Easton Square Plaza,    Columbus, OH 43219-6232
14886492       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2018 02:33:54
                 Comenity Capital Bank / Piercing Pagoda,    Po Box 182120,    Columbus, OH 43218-2120
14919836       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 03 2018 02:34:25      First Energy,
                 5001 Nasa Boulevard,    Fairmont, WV 26554-8248
14911998        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2018 02:39:05
                 LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14912127       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2018 02:34:18      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14911381        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 03:06:29
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14886898       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 03:06:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14924445       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 03 2018 02:34:25      Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
14920816        E-mail/Text: bnc-quantum@quantum3group.com Oct 03 2018 02:33:58
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14920815        E-mail/Text: bnc-quantum@quantum3group.com Oct 03 2018 02:33:58
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14886494       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 03 2018 02:34:41      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14901911       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 03 2018 02:34:41      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14886495        E-mail/Text: philadelphia.bnc@ssa.gov Oct 03 2018 02:34:42
                 Social Security Administration Office,    155-10 Jamaica Avenue,    Jamaica, NY 11432
14886496       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 02:39:46      Syncb / Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
14886497       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 02:39:26      Syncb / JCPenney,    Po Box 965007,
                 Orlando, FL 32896-5007
14886498       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 02:39:22      Syncb / Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
14886499       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 02:39:01      Syncb / Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*             +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: bsil                  Page 2 of 2                  Date Rcvd: Oct 02, 2018
                               Form ID: rsc13              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              Daniel P. Foster     on behalf of Debtor Breana R Hayes dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James    Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```