**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-10751-TPA |
| | : | |
| Breana R Hayes, | : | CHAPTER 13 |
|       Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Breana R Hayes, | : | |
|       Movant, | : | RELATED TO DOCKET NO.: 36 |
| | : | |
|       vs. | : | |
| | : | |
| CRI, Inc., | : | |
| | : | |
|       and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|       Chapter 13 Trustee. | : | |
|       Respondents. | : | |

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: <u>November 8, 2018</u> | By: /s/ Clarissa Bayhurst |
| | CLARISSA BAYHURST, PARALEGAL |
| | FOSTER LAW OFFICES |
| | Po Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

CRI, INC.
3410 WEST 12TH STREET
ERIE PA 16505