# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-10751 |
| Breana R. Hayes, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | |
| | : | Related to Document No. 64 |
| Breana R. Hayes, | : | |
| Debtor | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Quicken Loans, Inc., | : | |
| AND | : | |
| Ronda J. Winnecour, Esquire/ | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE**

    I, Kathryn M. Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **LOSS MITIGATION ORDER** by <u>US Mail, Postage Prepaid or CM/ECF</u> on the parties below.

Executed on: **March 13, 2019**

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz, *Paralegal*
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Quicken Loans, Inc.
635 Woodward Avenue
Detroit, MI 48226
*Service via US Mail*

KML Law Group
Attorney James Warmbrodt
Service via BNC Mailing

Breana R. Hayes
8 Coulter Road
Greenville, PA 16125
*Service via US Mail*