Case 18-10751-TPA    Doc 68    Filed 04/09/19    Entered 04/09/19 14:40:59    Desc Main
Document    Page 1 of 1

FILED
4/9/19 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor(s):  Breana R Hayes

Case Number:  18-10751-TPA          (Chapter 13)
Date / Time / Room:  04/09/2019 10:30 am /Bankruptcy Courtroom
Hearing Officer:  CHAPTER 13 TRUSTEE

**Matter:**  #15 Final Confirmation of Plan dated 8/20/18

**Appearances:**
Debtor:  Foster
Trustee:  Winnecour / (Katz) / Pail / DeSimone
Creditor:

**Proceedings:**

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to  4/17/19 at 12:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended is set for _____ at _____.
9. ✓ Other:

As the result of indicated payment defaults, Plan is contested on feasibility or good faith grounds. Trustee also requests that the case be dismissed because of defaults.

Handwritten notes:
- LMP denied
- Arrears thru 3/19 are $2396
- Last payment posted 12/24/18
- Plan does not appear feasible

For J Stude that o ...roposed plan payment on student loan debt differs in any respect to ...differences and reasons for disparate treatment: