## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/1/19 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                                      Case No.: 18-10751-TPA

Breana R Hayes                                              Chapter: 13

*Debtor(s).*

Date: 4/17/2019
Time: 11:00

## PROCEEDING MEMO

**MATTER:** #15 Contested Plan Dated 8/20/2018

**APPEARANCES:**
Debtor:   Daniel P. Foster
Trustee:  Owen Katz (video)

**NOTES:**

Katz:   There are feasibility concerns with loss mitigation denied and growing arrears.

**OUTCOME:**   Case Dismissed without prejudice.

ljm