**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Breana R Hayes** | : | Case No. 18−10751−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Per April 17, 2019 hearing |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      **AND NOW,** this ***The 1st of May, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Breana R Hayes
      Debtor

Case No. 18-10751-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lmar      Page 1 of 2      Date Rcvd: May 01, 2019
                          Form ID: 309      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db              +Breana R Hayes,   8 Coulter Road,   Greenville, PA 16125-8123
14886493        +Mohela / Deprtment Of Education,   633 Spirit Drive,   Chesterfield, MO 63005-1243
14887756        +US Dept of Education/MOHELA,   633 Spirit Dr,   Chesterfield, Mo 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14886488         EDI: CAPITALONE.COM May 02 2019 07:03:00      Capital One,   15000 Capital One Drive,
                 Richmond, VA 23238
14886489        +EDI: CHASE.COM May 02 2019 07:03:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14886490        +EDI: WFNNB.COM May 02 2019 07:03:00      Comenity Bank / Victorias Secret,   Po Box 182789,
                 Columbus, OH 43218-2789
14886491        +EDI: WFNNB.COM May 02 2019 07:03:00      Comenity Capital / Big Lots,   3100 Easton Square Plaza,
                 Columbus, OH 43219-6232
14886492        +EDI: WFNNB.COM May 02 2019 07:03:00      Comenity Capital Bank / Piercing Pagoda,
                 Po Box 182120,   Columbus, OH 43218-2120
14919836        +E-mail/Text: bankruptcy@firstenergycorp.com May 02 2019 03:36:45      First Energy,
                 5001 Nasa Boulevard,   Fairmont, WV 26554-8248
14911998         EDI: RESURGENT.COM May 02 2019 07:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14912127        +EDI: MID8.COM May 02 2019 07:03:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14911381         EDI: PRA.COM May 02 2019 07:03:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14886898        +EDI: PRA.COM May 02 2019 07:03:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14924445        +E-mail/Text: bankruptcy@firstenergycorp.com May 02 2019 03:36:45      Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
14920816         EDI: Q3G.COM May 02 2019 07:03:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
14920815         EDI: Q3G.COM May 02 2019 07:03:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
14886494        +E-mail/Text: bankruptcyteam@quickenloans.com May 02 2019 03:37:11      Quicken Loans,
                 1050 Woodward Avenue,   Detroit, MI 48226-1906
14901911        +E-mail/Text: bankruptcyteam@quickenloans.com May 02 2019 03:37:11      Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
14886495         E-mail/Text: philadelphia.bnc@ssa.gov May 02 2019 03:37:14
                 Social Security Administration Office,   155-10 Jamaica Avenue,   Jamaica, NY 11432
14886496        +EDI: RMSC.COM May 02 2019 07:03:00      Syncb / Amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
14886497        +EDI: RMSC.COM May 02 2019 07:03:00      Syncb / JCPenney,   Po Box 965007,
                 Orlando, FL 32896-5007
14886498        +EDI: RMSC.COM May 02 2019 07:03:00      Syncb / Lowes,   Po Box 956005,   Orlando, FL 32896-0001
14886499        +EDI: RMSC.COM May 02 2019 07:03:00      Syncb / Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
```
                                              TOTAL: 20

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```
                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0315-1          User: lmar              Page 2 of 2              Date Rcvd: May 01, 2019
                             Form ID: 309             Total Noticed: 23

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Breana R Hayes dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                 TOTAL: 4