**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BREANA R HAYES

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:18-10751 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/25/2018 and confirmed on 12/03/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,661.88 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,661.88 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 205.34 | |
|    Trustee Fee | 76.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 281.41 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS INC | 0.00 | 1,380.47 | 0.00 | 1,380.47 |
|     Acct: 2976 | | | | |
|   QUICKEN LOANS INC | 4,497.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 2976 | | | | |
|   QUICKEN LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2976 | | | | |
| | | | | 1,380.47 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BREANA R HAYES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,600.00 | 205.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | \*\*\*NONE\*\*\* | | | |
| Unsecured | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4619 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENITY | 195.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 3048 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMENIT | 731.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 9484 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMENIT | 177.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 5291 | | | | |
|   DEPARTMENT OF EDUCATION/MOHELA | 2,695.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 2769 | | | | |
|   SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1218 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3202 | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING LLC | 1,394.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 4057 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7369 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,922.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 8793 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 432.28 | 0.00 | 0.00 | 0.00 |
|     Acct: 8964 | | | | |
|   MIDLAND FUNDING LLC | 1,186.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 3202 | | | | |
|   MIDLAND FUNDING LLC | 1,807.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 0979 | | | | |
|   PENN POWER* | 1,058.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 1365 | | | | |

\*\*\*NONE\*\*\*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 1,380.47 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 4,497.27 |
| UNSECURED | 11.601.89 |

Date: 06/10/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com